## CAREY v. PRENTICE.

Action of *indebitatus assumpsit* lies for money paid upon an illegal consideration.

ACTION of *indebitatus assumpsit* for money had and received for the plaintiff's use. Plea nonassumpsit. Issue to the jury.

The case was — In December A. D. 1780 the defendant was commandant of the fort at New London; and the plaintiff was going out with his vessel, loaded with oats; having the governor's permit to transport them to Newport, but had not given bond agreeable to the statute; the defendant seized the vessel and cargo; upon which the plaintiff gave the defendant £145, to let him pass; which the defendant received and permitted the plaintiff to pass without giving bonds. Verdict and judgment was, for the plaintiff to recover, being money

paid upon an illegal consideration, and which the defendant had no right to hold or retain.